SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
    Including Professional Corporations
JAMES M. BURGESS, Cal. Bar No. 151018
ERICA S. ALTERWITZ, Cal. Bar No. 240377
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:  310-228-3700
Facsimile:   310-228-3701
jburgess@sheppardmullin.com
ealterwitz@sheppardmullin.com

Attorneys for Plaintiff FLUFF, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FLUFF, INC., a California Corporation, | Case No. CV08-00249 JFW (JTLx) |
|---|---|
| Plaintiff, | **ORDER Re STIPULATION AND ORDER OF SETTLEMENT** |
| v. | |
| MADELINE BETH DESIGNS, a California Corporation; MADELINE BETH and DOES 1 through 5, inclusive, | |
| Defendants. | |

Based on the foregoing Stipulation and Order of Settlement, and good cause appearing therefor,

IT IS SO ORDERED.

Dated:  July 16, 2008

_____
UNITED STATES DISTRICT JUDGE